**7-22CV-048-O**

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__WICHITA FALLS__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 2 2022
CLERK, U.S. DISTRICT COURT
By ___ Deputy

__MARC ARRON PETERS__
Plaintiff's Name and ID Number

__Wichita County Jail No 68458__
Place of Confinement

CASE NO. __7:22-CV-048-O__
(Clerk will assign the number)

v.

__Ricco - Sheriff dept employee__    2815 Central Freeway East
Defendant's Name and Address           Wichita Falls, TX 76302
                                        940-766-8170
__Seitz JR (state Jail)__              July 17th 2022
Defendant's Name and Address

__Cameron (Wichita County Jail)__   MARC Peters helped handicap.
Defendant's Name and Address         Cameron & Seitz JR causing problems,
(DO NOT USE "ET AL.")                Sheriff dept Never helped.

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.



# WCSO INMATE GRIEVANCE FORM

**Name:** MARC ARRON PETERS
**SO #:** 68458
**Tank/Cell:** R # 207

Only 1 incident or issue per form. Must state date, time, and names of persons involved.

July 17th, 2022
5:30 p.m
During Dinner

You may file a grievance for the following acts (circle one):
1. Violation of civil rights by staff
2. Criminal acts by staff
3. Unjust denial or restrictions of inmate privileges by staff
4. Prohibited acts by staff

**State your grievance below:**

2815 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76302
940-766-8170
NEW 75 million dollar Jail
District Attorney JOHN GILLISPIE 940-766-8100
SHERIFF DAVID DUKE 940 766-8170
Assistant District Attorney Kyle Lessor
Chief Public Defender JAMES Rasmussen 940 766 8199
Assistant Marty Cannedy 940-766-8199
Chief of Police Borregos
Captain of Jail Adm. Lisa Patterson 940 766-8170
   HANDICAP ALVAREZ WAS being choked.
MARC ARRON Peters helps ALVAREZ And Sheriff
dept employees put him on cell restriction.

**Inmate Signature:** Marc Arron Peters
**# of additional pages attached:** BACK

***INMATE--DO NOT WRITE BELOW THIS POINT OR ON BACK OF THIS PAGE***
(Except if appealing Board Decision)

| Receiving Supervisor: | Date: | Time: | ☐ Emergency ☐ Non-Emergency | ☐ Non-Grievance ☐ Grievance |
| Date sent to Board: | Grievance Number: | Due Date: | | @12:00 |

DD-0815-1P (Revised 02.10.22)

Marty Cannedy
Attorney for Defendant
State Bar of Texas # 03743900



# WCSO INMATE GRIEVANCE FORM

**Findings of the Grievance Board:**

Sheriff Dept Employees
Lt. Speegle, Tim Putney, Sgt Reynolds,
Col Watkins.
Officer of the Pod Ricco did not let
the nursing staff know or the other
employees.
The very next day After my cell
restriction from helping Handicap Alvarez,
JAIL STAFF & MEDICAL, other inmates
went on to A normal day.
None of them Ask Alvarez how he
is doing or none of the nursing
staff checked on Alvarez.
Nursing Staff refuses Marc Arron Peters
with TORN ~~Auscle~~ muscles from TOUR DA FRANCE
~~And~~ Dental problems. ~~Jail Staff is Annoying~~

**Board Chairman:** _____  **Date:** _____

**Date Returned to I/M:** _____  **Officer:** _____

**DO YOU WISH TO APPEAL?** ☒ Yes ☐ No   **Appeal Date:** _____   **Officer Initials/Emp #:** _____

**Jail Administrator/Designee:** _State Inspector_
**Signature:** _Marc Arron Peters_    **Date:** July 24th, 2022  8 AM

**Appeal Decision:**   ☐ Affirmed   ☐ Reversed: _____

**Signature** _____   **Date** _____

DD-0815-1P (Revised 02.10.22)

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 5-23-2022
      2. Parties to previous lawsuit:
         Plaintiff(s) Marc Arron Peters
         Defendant(s) pages 5-14 pages 14-27
      3. Court: (If federal, name the district; if state, name the county.) WICHITA COUNTY
      4. Cause number: 7:22-CV-048-O
      5. Name of judge to whom case was assigned: Reed O'Connor - 7-22-2022
      6. Disposition: (Was the case dismissed, appealed, still pending?) Clerk just opened
      7. Approximate date of disposition: Document Number 7

plaintiff submitted two complaints which were inadvertently docketed together in this case. 5-23-2022
MATT FRIST, JONATHAN FERGUSON, BOB JOHNSTON, STEVE SPARKS

II. PLACE OF PRESENT CONFINEMENT: WICHITA COUNTY JAIL

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO.
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
Sheriff dept employees laughed at me when I asked for grievances.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: MARC ARRON PETERS
New 75 million $ jail 940-766-8170
2815 Central Freeway East Wichita Falls, TX 76302

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

previous 5-23-2022 WICHITA FALLS DISC GOLF
Defendant #1: JONATHAN FERGUSON, calling me a nigger lover from Halle Berry on my instagram
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
JONATHAN FERGUSON threatned me @ Randy Matta

5-23-2022
Defendant #2: MATT FROST previous 5-23-2022 calling me racial names at work ARROW MP OSHA inspector.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
MATT FROST called me a nigger lover because of Kelly Payton and threatned people at work.

940-766-8170
Defendant #3: Ricco Sheriff dept employee K BUILDING 2815 Central Freeway East, Wichita Falls, TX 76362
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I went to stop Seitz Jr being racist from Cameron choking Alvarez and I was put on cell restriction.

July 17th 2022 5:30 p.m
Defendant #4: Alvarez threw his food - (handicap at Cameron)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cameron began choking Alvarez, Ricco did not help. I was put on cell restriction.

Defendant #5: Cook - Sheriff dept employee with Ricco
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cook, Williams, Gordon said I was causing problems as I stopped Cameron from choking handicap Alvarez and as Seitz threatned me.

③

Cook, Williams, Gordon are sheriff dept employees. I called my lawyer secretary 940 766 8199

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

July 17th 2022 At dinner time in K DOORM At the New Wichita County jail CAMERON And Alvarez got into An A Argument because HANDICAP ALVAREZ threw the food At CAMERON. RICCO the jailor Never told ALVAREZ to go to his cell. RICCO Never instructed CAMERON to stop Approaching ALVAREZ. CAMERON grabbed ALVAREZ by the throat choking him. I grabbed CAMERON 2 Hours later I was put on cell restriction because Sheriff dept employees said I was causing problems.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

2 Counts not helping the handicap

RICCO - Arrested - Not giving Aid -
COOK - Arrested - said he could care less

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
MARC ARRON JUNG - my real dad is Boston George

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
ESTELLE SAFP - DWI 2013

VIII. SANCTIONS: I have filed A lawsuit, Not sanctioned
A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO
B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied?                ____YES ____NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed?  mistake ✓ YES ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: July 26th, 2022
             (DATE) 8:50 AM                    _Marc Arron Peters_
                                               (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _26th_ day of _July_, 20_22_
           (Day)           (month)        (year)

8:50 A.M.

_Marc Arron Peters_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5



MARC ARRON PETERS
2815 Central Freeway East
WICHITA FALLS, TX
76302
940-766-8170
Sheriff Office # 68.458
1st Arrest Traffic Ticket
BOOK IN - Wichita County Jail
30th District
STATE Hospital Commitment Sep 2020

Northern District of TEXAS
OFFICE
CLERK OF THE
COURT
501 W. Tenth St. Rm 310
FORT WORTH, TX 76102

Subject MARC ARRON Peters
WAS put on cell restriction helping handicap from being choked

LM Legal Mail