IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MARC ARRON PETERS, Wichita County Jail No. 68458, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:23-cv-074-O |
| RICCO - SHERIFF DEP'T EMPLOYEE, et al., | § § § § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration, and Plaintiff having failed to provide the Court with his current address,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED** without prejudice.

**SIGNED** this **18th day** of **August, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE